IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAMES D. BAKER, SR., *et al.,*          Case No.: 3:11-CV-230

    Plaintiffs,                            Judge Timothy S. Black

vs.

UNITED STATES OF AMERICA*,*

    Defendant.

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

    The Court having been notified that this case settled with the Magistrate Judge on November 29, 2012;

    It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED**.

Dated:  11/29/2012                                          *s/ Timothy S. Black*
                                                                       Timothy S. Black
                                                                       United States District Judge